UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE LE LIU,

                              Petitioner,

              -against-

KENNETH GENALO, Field Office Director of
New York Immigration and Customs Enforcement;
TODD LYONS, Acting Director of Immigration
and Customs Enforcement; MARKWAYNE
MULLIN, Secretary of the U.S. Department of
Homeland Security; TODD BLANCHE, Acting
Attorney General of the United States,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/5/2026

26 Civ. 3720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: May 5, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge