UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE LE LIU,

                          Petitioner,

          -against-

KENNETH GENALO, Field Office Director of
New York Immigration and Customs
Enforcement; TODD LYONS, Acting Director of
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the U.S.
Department of Homeland Security; TODD
BLANCHE, Acting Attorney General of the
United States,

                          Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/12/2026__

26 Civ. 3720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the government's motion at ECF No. 14, which seeks to vacate the Court's administrative stay order at ECF No. 3. Based on the Court's review of the motion, it appears that the government seeks to redetain Petitioner. The Court has previously held that the government's decision to redetain Petitioner without validly revoking his order of supervision ("OSUP") violated Petitioner's right to due process. *See* ECF No. 11 at 2, 8–9. Therefore, by tomorrow, **June 13**, **2026, at 3:00 p.m.**, the government shall file a letter identifying the legal authority which would permit it to redetain Petitioner without a valid revocation of his OSUP. By **June 13 at 6:00 p.m.**, Petitioner shall file a response to the motion and to the government's letter.

          SO ORDERED.

Dated: June 12, 2026
          New York, New York

_____
          ANALISA TORRES
    United States District Judge