UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE LE LIU,

                                      Petitioner,

                -against-

KENNETH GENALO, Field Office Director of
New York Immigration and Customs
Enforcement; TODD LYONS, Acting Director of
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the U.S.
Department of Homeland Security; TODD
BLANCHE, Acting Attorney General of the
United States,

                                      Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/15/2026

26 Civ. 3720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 18, 2026, the Court granted Petitioner De Le Liu's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered his immediate release because the government did not follow the required procedures under 8 C.F.R. § 241.4(*l*) for revoking Liu's release on an order of supervision ("OSUP"). *See* Order, ECF No. 11.

By letter motion dated June 11, 2026, the government requested that the Court vacate the administrative stay of removal entered on May 8, 2026, so that it may effectuate Liu's removal to China. *See* Administrative Stay, ECF No. 3; Gov't Ltr. I, ECF No. 13. Liu opposes the motion. Pet. Resp., ECF No. 16. By letter dated June 13, 2026, the government clarified that it would "valid[ly] revo[ke] [Liu's] OSUP under 8 C.F.R. § 241.4(*l*)(2)" prior to redetaining and removing him. Gov't Ltr. II, ECF No. 17.

The government states that to remove Liu on a particular flight authorized by China, "ICE reports that . . . the stay would need to be lifted, and [Liu] in their custody, by June 15, 2026." Gov't Ltr. I at 1. However, given the potentially irreversible nature of the government's proposed course of action and the legal issues raised by Petitioner in opposition to vacating the stay, the government's motion cannot be resolved in such an expedited manner. The motion is taken under consideration and shall be addressed in due course.

        SO ORDERED.

Dated: June 15, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge